**In the Matter of the Care and Treatment of R.B., a/k/a R.A.B., a/k/a R.A.B., Jr., Appellant,**

**v.**

**STATE of Missouri, Respondent.**

No. ED 104778

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: October 17, 2017

ATTORNEY FOR APPELLANT: Ellen H. Flottman, Public Defender's Office, 1000 West Nifong, Bldg 7, Suite 100, Columbia, Missouri 65203.

ATTORNEY FOR RESPONDENT: Joshua D. Hawley, Attorney General, Mary Highland Moore, Assistant Attorney General, Office of Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

R.B., a/k/a R.A.B., a/k/a R.A.B., Jr. appeals from the judgment of the probate division of the circuit court, following a jury trial, finding him to be a sexually violent predator and committing him to secure confinement with the Department of Mental Health. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).